■ In the Matter of JON E. PURIZHANSKY, for Reinstatement to the Practice of Law in the State of New York. [859 NYS2d 890]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Lunn, J.P., Fahey, Green and Pine, JJ. (Filed June 19, 2008.)

■ In the Matter of WILLIAM T. JEBB, II, for Reinstatement to the Practice of Law in the State of New York. [859 NYS2d 890]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed June 19, 2008.)